

IN THE
TENTH COURT OF APPEALS

No. 10-17-00268-CR

MARCO ANTONIO LIZARDI RAMIREZ,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the County Court at Law No. 2
Ellis County, Texas
Trial Court No. 1611428CR

# ABATEMENT ORDER

Marco Antonio Lizardi Ramirez was convicted of the offense of driving while intoxicated. On July 7, 2017, Ramirez filed a notice of appeal in the trial court indicating his desire to appeal the conviction. Neither the clerk's record nor the reporter's record have been filed. The trial court clerk and the court reporter have both informed this court that the records have not been prepared because payment has not been received for the records. The trial court clerk and the court reporter have attempted to contact Ramirez's

attorney, Rosalind Kelly, and have not received a response. This Court has also attempted to contact Rosalind Kelly and has not received a response[1]. We also note that Kelly has failed to respond to notices from this Court in another case.

We abate this appeal to the trial court to hold a hearing within 35 days of the date of this order to determine: (1) whether Ramirez desires to continue the appeal; and (2) whether Ramirez is receiving effective assistance of counsel. The supplemental clerk's and reporter's records, if any, are ordered to be filed within 45 days of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal abated
Order issued and filed October 25, 2017
Do not publish



---

[1] We also note that on September 18, 2017, District 6 Grievance Committee of the State Bar of Texas entered an order for a partially probated suspension for Rosalind Kelly. Kelly was ordered on or before October 1, 2017 to "notify in writing each and every justice of the peace, judge, magistrate, administrative judge or officer and chief justice of each and every court or tribunal in which [Kelly] has any matter pending of the terms of this judgment …" This Court has not received any written notification from Kelly.